**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-419-FDW-DCK**

| | | |
|---|---|---|
| **IAFREEDRE MCCLAIN, MONTRELL DAVIS, and others similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **MORNING STAR, LLC, a/k/a MORNING STAR NC, LLC, d/b/a HARDEE'S,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit*"* (Document No. 2) filed by Shawn D. Scott, concerning Nicholas P. Panayotopoulos on July 30, 2018. Mr. Nicholas P. Panayotopoulos seeks to appear as counsel *pro hac vice* for Defendant Morning Star, LLC a/k/a Morning Star NC, LLC d/b/a Hardee's. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 2) is **GRANTED.** Mr. Nicholas P. Panayotopoulos is hereby admitted *pro hac vice* to represent Defendant Morning Star, LLC a/k/a Morning Star NC, LLC d/b/a Hardee's.

   **SO ORDERED**.

Signed: July 30, 2018

David C. Keesler
United States Magistrate Judge
