IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-419-FDW-DCK

| | |
|---|---|
| IAFREEDRE MCCLAIN, MONTRELL DAVIS, and others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| MORNING STAR, LLC, a/k/a MORNING STAR NC, LLC, d/b/a HARDEE'S, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) filed by Brett Dressler, concerning William D. Marler on July 31, 2018. Mr. William D. Marler seeks to appear as counsel *pro hac vice* for Plaintiff Iafreedre McClain, Montrell Davis, and others similarly situated. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) is **GRANTED.** Mr. William D. Marler is hereby admitted *pro hac vice* to represent Plaintiff Iafreedre McClain, Montrell Davis, and others similarly situated.

**SO ORDERED**.

Signed: August 1, 2018

David C. Keesler
United States Magistrate Judge