## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:18-CV-419-FDW-DCK

| | |
|---|---|
| **IAFREEDRE MCCLAIN,  MONTRELL DAVIS, and others similarly situated,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **ORDER** |
| **MORNING STAR, LLC, a/k/a MORNING STAR NC, LLC, d/b/a HARDEE'S,** ) ) ) ) | |
| **Defendant.** ) ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by Shawn D. Scott, concerning Alan M. Maxwell on August 7, 2018.  Mr. Alan M. Maxwell seeks to appear as counsel *pro hac vice* for Defendant Morning Star, LLC a/k/a Morning Star NC, LLC, d/b/a Hardee's.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.**  Mr. Alan M. Maxwell is hereby admitted *pro hac vice* to represent Defendant Morning Star, LLC a/k/a Morning Star NC, LLC, d/b/a Hardee's.

**SO ORDERED**.

Signed: August 7, 2018

David C. Keesler
United States Magistrate Judge