# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-419-FDW-DCK

| | |
|---|---|
| **IAFREEDRE MCCLAIN, MONTRELL DAVIS, and others similarly situated,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **ORDER** |
| **MORNING STAR, LLC, a/k/a MORNING STAR NC, LLC, d/b/a HARDEE'S,** ) ) ) | |
| **Defendant.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Shawn D. Scott, concerning Jennifer A. Adler on August 7, 2018. Ms. Jennifer A. Adler seeks to appear as counsel *pro hac vice* for Defendant Morning Star, LLC a/k/a Morning Star NC, LLC, d/b/a Hardee's. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Ms. Jennifer A. Adler is hereby admitted *pro hac vice* to represent Defendant Morning Star, LLC a/k/a Morning Star NC, LLC, d/b/a Hardee's.

**SO ORDERED**.

Signed: August 7, 2018

_____
David C. Keesler
United States Magistrate Judge